IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Prasperete Bailey ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. MJG 01CV3626 |
| ) | |
| Best Buy Co., Inc., et al., ) | |
| ) | |
| Defendant ) | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO GEORGE SCOTT

Pursuant to F.RCP 41 (a), Plaintiff in the above-entitled matter, by and through her counsel, S. Eric Shakir, Esq., hereby files this notice of dismissal as to Defendant George Scott. Plaintiff, hereby stipulates, through her counsel, that the Defendant George Scott, was unable to be located and was thus never properly served. Thus, Plaintiff never received service of an answer from Defendant Scott. Thus, pursuant to FRCP 41(a) (1) (i), the Court Administrator, upon the filing of this Notice of Dismissal, is hereby authorized and directed to so dismiss this action as to George Scott, without prejudice.

Dated: September 3, 2002.

LAW OFFICE OF S. ERIC SHAKIR, LLC

By_____
S. Eric Shakir, Esq.

7752 Woodmont Avenue
Suite 211
Bethesda, MD 20814
Phone: 301-657-1099
Fax:   301-657-1097

ATTORNEY FOR PLAINTIFF


